UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **12-24400-CIV-MORENO**

UNITED STATES OF AMERICA, STATE OF FLORIDA, and STATE OF FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,

    Plaintiff,

vs.

MIAMI-DADE COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE A BRIEF NOT TO EXCEED 33 PAGES

THIS CAUSE came before the Court upon the Biscayne Bay Waterkeeper's Motion for Leave to File a Brief not to Exceed 33 Pages **(D.E. No. 123)**, filed on **January 16, 2014**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. In the future, the movant should wait until the motion is granted before filing the pleading that does not conform with the Local Rule requirement regarding number of pages.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of January, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record